No. 11–192.   UNITED STATES *v.* BORMES.   C. A. Fed. Cir.   Certiorari granted.

No. 11–465.   CAVAZOS, ACTING WARDEN *v.* WILLIAMS.   C. A. 9th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari granted limited to Question 1 presented by the petition.

JANUARY 17, 2012

No. 10–9236.   JOHNSON *v.* BODISON, WARDEN.   C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gonzalez* v. *Thaler, ante,* p. 134.

No. 11–6912.   BRELAND *v.* UNITED STATES.   C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position asserted by the Solicitor General in his brief for the United States filed on December 19, 2011.

No. 11–7234.   FOSTER *v.* KEMP, WARDEN.   Sup. Ct. Ga.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.

No. 11–7343.   HAMPEL *v.* UNITED STATES.   C. A. Fed. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.

No. 11–7344.   FAISON *v.* WEAVER ET AL.   C. A. 11th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.